

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 11 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| MARVIN ARDELL WRIGHT, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:05-CV-0518-M |
| v. | § | |
| | § | |
| DOUGLAS DRETKE, Director | § | |
| Texas Department Criminal Justice | § | |
| Institutional Division, | § | |
| | § | |
| Respondent. | § | |
| | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the

Findings and Recommendation of the United States Magistrate Judge dated May 23, 2005, the Court

finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted

as the Findings and Conclusions of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United

States Magistrate Judge are accepted.

**SO ORDERED** this **11** day of ___July___, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1